BERKSHIRE STRUCTURAL STEEL CO., INC., Appellant, v. JOHN POLLOCK and COMMUNITY ASSOCIATES, INC., Respondents.— Order dismissing amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The complaint states a cause of action. It is alleged that the individual defendant, having organized the corporate defendant solely for his purposes and uses, transferred the property here involved to it without consideration and at a time when he was about to engage in various building operations, leaving an unreasonably small capital in his hands; that the corporation holds the property as the individual defendant's dummy, and that the conveyance was made for the sole purpose of hindering, delaying, defeating and impairing the rights of creditors by keeping the property beyond their reach. This is sufficient, regardless of the provisions of article 10 of the Debtor and Creditor Law, █ which was enacted after the alleged conveyance. Lazansky, P. J., Hagarty, Seeger and Scudder, JJ., concur; Kapper, J., dissents.

LOUIS BIRNHAK, Respondent, v. ABRAHAM RUBINSTEIN, Appellant. FANNIE FEINER and Others, Defendants.— Order denying motion of defendant Rubinstein to dismiss third amended complaint, and order denying motion for reargument affirmed, with ten dollars costs and disbursements. We think the complaint states a cause of action; that the restriction alleged in the complaint against the erection upon the property of any structure other than a " dwelling house " prevents the erection of a hotel; and that plaintiff, therefore, properly exercised the option contained in the contract for its cancellation and the return of the deposit. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

BOULEVARD LAND CO., INC., and ROBERT STRAFFORD-COLLINS, Doing Business under the Trade Name and Style of STRAFFORD GARAGE, Respondents, v. PHILIP GOTTFRIED, Appellant, and PHILBEN REALTY CO., INC., Defendant.— Order adjudging defendant Gottfried guilty of contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

JULIUS COHEN, Plaintiff, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and MARY E. KELLY, Appellant. MARY E. KELLY, Substituted Plaintiff for BARNEY ZINICK, Appellant, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and CLINTON HALL REALTY CORPORATION, Appellant.— Order confirming report of referee and directing city chamberlain to pay moneys on deposit, unanimously affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order granting plaintiff's motion for judgment on the pleadings and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.